costs, upon questions of fact as well as of law. There is evidence from which the court might find that some work was done under the original contract as late as the 15th of December, 1909, and therefore the fourth finding of fact is erroneous. The eleventh finding of fact, although more strictly a conclusion of law, is erroneous, in that it finds that the notice of lien does not state the business address nor the principal place of business of the lienor.

HIRSCHBERG, J., dissents.

---

Ex parte ELLIOTT. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the application of Daniel Elliott for a writ of habeas corpus. No opinion. Order affirmed by default. See, also, 151 App. Div. 919, 136 N. Y. Supp. 1135.

---

ERIE R. CO., Appellant, v. CAMPBELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by the Erie Railroad Company against Mary Campbell and another.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the finding of the jury that defendants had title by adverse possession to the premises described in the complaint is contrary to and against the weight of the evidence.

---

EVANS v. WHITE. (Supreme Court, Appellate Division, First Department. November 29, 1912.) - Action by John H. Evans against John White. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1089.

---

EWEN v. HOEFER. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by John Ewen against Elizabeth M. F. Hoefer. No opinion. Motion granted. Order filed.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 24,492, issued to Eugene O. Mosher.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents.

---

FARRAR, Respondent, v. KINGSLEY et al., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Melville Farrar against Avery W. Kingsley and others. No opinion. Judgment unanimously affirmed, with costs.

---

FELSHER v. WILLIAM LADEW FEED CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Ida Felsher, an infant, against the William Ladew Feed Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

FERRAZZUOLO, Appellant, v. DEGNON REALTY & TERMINAL IMPROVEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Raffaela Ferrazzuolo, as administratrix, etc., against the Degnon Realty & Terminal Improvement Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FIRST NAT. BANK OF WAVERLY, NEW YORK, Respondent, v. WINTERS, Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by the First National Bank of Waverly, N. Y., against Byram L. Winters.

PER CURIAM. Judgment and orders reversed, and new trial granted, with costs to appellant to abide event, on the ground that it was error to permit the plaintiff to prove withdrawals of deposits not shown to be those stated in its bill of particulars, and also on the ground that it was error to refuse to admit evidence offered by the defendant of publications of the report of the insurance department in reference to irregularities in the administration of the National Protective Legion of Waverly, N. Y. KELLOGG, J., concurs upon the ground first stated.

---

FITZPATRICK, Respondent, v. SIMS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Mary A. Fitzpatrick against Anna H. Sims and others. H. K. Stockton, of New York City, for appellants. H. H. Pierce, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 App. Div. 940, 135 N. Y. S. 1112.

---

FLEMING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by William R. Fleming against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

---

FLYNN v. NEW YORK, W. & B. RY. Co. et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Michael W. Flynn against the New York, Westchester & Boston Railway Company and another. No opinion. Motion for stay granted, without costs, upon the furnishing of proper security by the appellant. Settle order before the Presiding Justice. See, also, 139 App. Div. 199, 123 N. Y. Supp. 759.